NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEN EDWARD HUSE, DOC #U23123,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-4747
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian A. Iten, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.